UNITED STATES DISTRICT COURT

__EASTERN__  **District of**  __CALIFORNIA__

| | |
|---|---|
| JOHN WILLIAM LOW, <br>         Plaintiff <br><br> V. <br><br> COMMISSIONER of SOCIAL SECURITY, <br>         Defendant | **ORDER ON APPLICATION <br> TO PROCEED WITHOUT <br> PREPAYMENT OF FEES** <br><br><br> CASE     1:13-CV-00887-BAM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

__X__  GRANTED.

    __X__  The clerk is directed to file the complaint.

    __X__  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

_____

_____

ENTER this __5TH__ day of __July__, __2013__.

/s/ Barbara A. McAuliffe
Signature of Judicial Officer

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer