UNITED STATES DISTRICT COURT

__EASTERN__ **District of** __CALIFORNIA__

| | |
|---|---|
| JOHN  WILLIAM  LOW,<br>　　　　　Plaintiff<br><br>　　　　V.<br><br><br>COMMISSIONER of SOCIAL SECURITY,<br>　　　　　Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br><br><br>CASE　　　1:13-CV-00887-BAM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

__X__  GRANTED.

　　__X__  The clerk is directed to file the complaint.

　　__X__  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

_____

_____

ENTER this  __5TH__  day of  __July__ ,  __2013__ .


　　　　　　　　　　　　　　　　　　__/s/ Barbara A. McAuliffe__
　　　　　　　　　　　　　　　　　　Signature of Judicial Officer

　　　　　　　　　　　　　　　　__BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE__
　　　　　　　　　　　　　　　　Name and Title of Judicial Officer